**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| DANNY TRUITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:15-cv-00566 |
| | ) |
| KOHL'S DEPARTMENT STORES, INC. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

Plaintiff, DANNY TRUITT, and Defendant, KOHL'S DEPARTMENT STORES, INC. through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: March 4, 2016

RESPECTFULLY SUBMITTED,                     RESPECTFULLY SUBMITTED,

By: /s/ Michael S. Agruss                            By: /s/ Michael Innes
    Michael S. Agruss                                      Michael Innes
    Agruss Law Firm, LLC                                 Kelley Drye & Warren, LLP
    4611 N. Ravenswood Ave.,                           One Jefferson Road, 2nd Floor
    Suite 201                                                       Parsippany, NJ 07054
    Chicago, IL 60640                                         Tel: 973-503-5943
    Tel: 312-224-4695                                          minnes@kelley
    Fax: 312-253-4451                                          Attorney for Defendant
    michael@agrusslawfirm.com
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On March 4, 2016, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

By: /s/ Michael S. Agruss
Michael S. Agruss