# ** NOT FOR PRINTED PUBLICATION **

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| DANNY TRUITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15-cv-00566 |
| ) | |
| KOHL'S DEPARTMENT STORES, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING STIPULATION TO DISMISS
## WITH PREJUDICE

On March 04, 2016, Plaintiff, DANNY TRUITT, filed a Stipulation to Dismiss with Prejudice (Dkt. # 13). For good cause shown, this case is hereby dismissed with prejudice.

The Clerk of court shall close this case on the court's docket.

So **ORDERED** and **SIGNED** this **26** day of **May, 2016.**

_____
Ron Clark, United States District Judge